SCOTT M. JOHNSON (BAR # 287182)
GALE, ANGELO, JOHNSON & PATRICK, P.C.
1430 Blue Oaks Boulevard, Ste 250
Roseville, CA 95747
Tele: 916-290-7778
Fax:　916-282-0771

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

**BROOK KATHERINE HARRIS
LONELL SAMUEL HARRIS,**

　　　　　　Debtor(s).

Case No.: 2023-20878-E-13
DCN: SMJ-1

Chapter 13

Date:　　　June 13, 2023
Time:　　　2:00 p.m.
Judge:　　 Hon. Judge Sargis
Crtrm:　　 33
Dept.:　　 E
Location:　501 "I" Street, Floor 7
　　　　　　Sacramento, California

## ORDER CONFIRMING PLAN

　　　The Amended Chapter 13 Plan filed on May 8, 2023 by the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

　　　Therefore, **IT IS ORDERED** that the plan is confirmed.

　　　**IT IS FURTHER ORDERED** that:
　　　1.　　The debtors shall immediately notify, in writing, the Clerk of the United State Bankruptcy Court and the trustee of any change in the Debtor's address;
　　　2.　　The debtors shall immediately notify the trustee in writing of any termination, reduction of or other change in the employment of the debtor, and;
　　　3.　　The debtors shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fee for the Debtors attorney in the full amount of $4,000.00 are approved, $500.00 of which was paid prior to the filing of the petition. The balance of $3,500.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. 1323, the plan is amended as follows: N/A

Approved by the Chapter 13 Trustee as to form.

**Dated:** June 22, 2023

**By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court