**11**

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In Re:<br><br>Brook Katherine Harris<br>Lonell Samuel Harris<br><br>Debtor(s) | Case No: 23-20878-E-13C<br><br>NOTICE OF FILED CLAIMS |
|---|---|

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

| | |
|---|---|
| Chapter 13 Filed | Wed March 22, 2023 |
| First 341 Hearing | Thu May 4, 2023 |
| Confirmation Date | Thu Jun 22, 2023 |
| Bar Date/Govt Bar | Wed May 31, 2023 / Mon September 18, 2023 |

| | |
|---|---|
| **"Scheduled"** | refers to the amount listed for the debt in the Schedule of Creditors filed at Court. |
| **"Filed"** | refers to the amount listed in the claim filed by or on behalf of the creditor. |
| **"Amt Per Plan"** | refers to the amount according to the plan. |
| **"Not Provided"** | refers to a claim amount not provided for by the Plan. |
| **"Special Notices"** | refers to parties who may be entitled to special notice. |

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated: December 01, 2023

/s/ DAVID P. CUSICK

DAVID P. CUSICK
CHAPTER 13 TRUSTEE

Claim No.:1----Affirm Inc----Class:UNSECURED
Address: 650 California St Fl 12 San Francisco CA 94108-2716 , 94108-2716
Account No.: Date Filed:
Scheduled: $1,901.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 28.00
Note:

Claim No.:2----Affirm Inc----Class:Court Matrix
Address: Attn Bankruptcy 30 Isabella St Ste 4 , 15212-5862
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:45----Affirm Inc----Class:DUPLICATE CREDITOR
Address: 650 California St Fl 12 San Francisco CA 94108-2716 , 94108-2716
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 100.00
Note:

Claim No.:3----Amex----Class:Court Matrix
Address: Correspondence Bankruptcy PO Box 981540 El Paso TX 79998-1540 , 79998-1540
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:4----Amex----Class:UNSECURED
Address: PO Box 6789 Sioux Falls SD 57101 , 57101
Account No.:5316 Date Filed:
Scheduled: $349.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 28.00
Note:

Claim No.:6----Bank of America----Class:Court Matrix
Address: Attn Bankruptcy 4909 Savarese Cir Tampa FL 33634-2413 , 33634-2413
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:7----BANK OF AMERICA NA----Class:UNSECURED
Address: P O BOX 15102 WILMINGTON, DE 19886-5102
Account No.:6093 Date Filed: May 11, 2023
Scheduled: $15,363.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $15,682.44 Pay Percent: 28.00
Note:

Claim No.:46----BANK OF AMERICA NA----Class:UNSECURED
Address: P O BOX 15102 WILMINGTON, DE 19886-5102
Account No.:9394 Date Filed: May 12, 2023
Scheduled: $14,226.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $14,767.49 Pay Percent: 28.00
Note:

Claim No.:8----Barclays----Class:Court Matrix
Address: Attn Bankruptcy PO Box 8801 Wilmington DE 19899-8801 , 19899-8801
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:24----BASS & ASSOCIATES PC----Class:UNSECURED
Address: 3936 E FT LOWELL RD SUITE 200 TUCSON, AZ 85712
Account No.:9094/7463 Date Filed: May 18, 2023
Scheduled: $21,707.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $21,691.60 Pay Percent: 28.00
Note: LENDING CLUB/WEBBANK

Claim No.:5----BECKET & LEE LLP----Class:UNSECURED
Address: P O BOX 3001 MALVERN, PA 19355-0701
Account No.:2008 Date Filed: Apr 25, 2023
Scheduled: $15,894.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $15,894.88 Pay Percent: 28.00
Note: AMEX

Claim No.:10----Capital One----Class:Court Matrix
Address: Attn Bankruptcy PO Box 30285 Salt Lake City UT 84130-0285 , 84130-0285
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:11----Capital One----Class:UNSECURED
Address: PO Box 31293 Salt Lake City UT 84131-0293 , 84131-0293
Account No.:4269 Date Filed:
Scheduled: $6,480.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 28.00
Note:

Claim No.:47----Capital One----Class:UNSECURED
Address: PO Box 31293 Salt Lake City UT 84131-0293 , 84131-0293
Account No.:5575 Date Filed:
Scheduled: $3,224.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 28.00
Note:

Claim No.:12----Costco Citi Card----Class:Court Matrix
Address: Attn Bankruptcy PO Box 6500 Sioux Falls SD 57117-6500 , 57117-6500
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:14----Franchise Tax Board----Class:PRIORITY
Address: Bankruptcy Section MS A-340 PO Box 2952 Sacramento CA 95812 , 95812
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: NO CLAIM FILED Pay Percent: 100.00
Note:

Claim No.:16----Freedom Road Financial----Class:Court Matrix
Address: Attn Bankruptcy PO Box 4597 Oak Brook IL 60522-4597 , 60522-4597
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:15----FREEDOMROAD FINANCIAL C/O WAYFINDER BK, LLC----Class:SECURED VEHICLE - NON-PM
Address: P O BOX 51571 LOS ANGELES, CA 90051-5871
Account No.:9888 Date Filed: Apr 10, 2023
Scheduled: $5,319.43 Monthly Pmt:$100.00 Int. Rate: 5.00
Filed: $5,319.43 Pay Percent: 100.00
Note: +2019 HUSQVARNA

Claim No.:17----Golden 1 Credit Union----Class:Court Matrix
Address: Attn Bankruptcy 8945 Cal Center Dr Sacramento CA 95826-3239 , 95826-3239
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:18----GOLDEN 1 CREDIT UNION----Class:UNSECURED
Address: P O BOX 15966 SACRAMENTO, CA 95852
Account No.:3279 Date Filed: Apr 05, 2023
Scheduled: $7,430.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $7,516.28 Pay Percent: 28.00
Note:

Claim No.:19----Goldman Sachs Bank USA----Class:Court Matrix
Address: Attn Bankruptcy PO Box 70321 Philadelphia PA 19019-0321 , 19019-0321
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:20----Goldman Sachs Bank USA----Class:Court Matrix

Address: Attn Bankruptcy PO Box 70379 Philadelphia PA 19019-0379 , 19019-0379

Account No.: | Date Filed:

Scheduled: $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: $0.00 | Pay Percent: 100.00

Note:

Claim No.:21----Goldman Sachs Bank USA----Class:UNSECURED

Address: PO Box 6112 Philadelphia PA 19019 , 19019

Account No.:4011 | Date Filed:

Scheduled: $4,522.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: NO CLAIM FILED | Pay Percent: 28.00

Note:

Claim No.:22----Goldman Sachs Bank USA----Class:UNSECURED

Address: PO Box 6112 Philadelphia PA 19115 , 19115

Account No.:6451 | Date Filed:

Scheduled: $2,669.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: NO CLAIM FILED | Pay Percent: 28.00

Note:

Claim No.:48----Goldman Sachs Bank USA----Class:UNSECURED

Address: PO Box 6112 Philadelphia PA 19019 , 19019

Account No.:5159 | Date Filed:

Scheduled: $2,631.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: NO CLAIM FILED | Pay Percent: 28.00

Note:

Claim No.:23----INTERNAL REVENUE SERVICE----Class:PRIORITY

Address: P O BOX 7317 PHILADELPHIA, PA 19101-7317

Account No.:2686/4391 | Date Filed: Apr 13, 2023

Scheduled: $20,000.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: $15,872.58 | Pay Percent: 100.00

Note: 2020-2022

Claim No.:51----INTERNAL REVENUE SERVICE----Class:UNSECURED

Address: P O BOX 7317 PHILADELPHIA, PA 19101-7317

Account No.:2686/4391 | Date Filed: Apr 13, 2023

Scheduled: $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: $1,179.90 | Pay Percent: 28.00

Note: SPLIT CLM

Claim No.:30----JEFFERSON CAPITAL SYSTEMS LLC----Class:UNSECURED

Address: P O BOX 772813 CHICAGO, IL 60677-2813

Account No.:2550 | Date Filed: May 24, 2023

Scheduled: $8,498.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00

Filed: $9,006.40 | Pay Percent: 28.00

Note: NORDSTROM

Claim No.:37----JEFFERSON CAPITAL SYSTEMS LLC----Class:UNSECURED
Address: P O BOX 772813 CHICAGO, IL 60677-2813
Account No.:9546 | Date Filed: May 31, 2023
Scheduled: $501.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $607.11 | Pay Percent: 28.00
Note: SYNCHRONY BANK/CARECREDIT

Claim No.:39----JEFFERSON CAPITAL SYSTEMS LLC----Class:UNSECURED
Address: P O BOX 772813 CHICAGO, IL 60677-2813
Account No.:8859 | Date Filed: May 31, 2023
Scheduled: $685.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $811.09 | Pay Percent: 28.00
Note: SYNCHRONY BANK/PAYPAL CREDI

Claim No.:52----JPMORGAN CHASE BANK, N.A.----Class:UNSECURED
Address: P O BOX 15368 WILMINGTON, DE 19850
Account No.:9684 | Date Filed: Apr 13, 2023
Scheduled: $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $6,011.97 | Pay Percent: 28.00
Note: *

Claim No.:25----LENDINGCLUB BANK----Class:UNSECURED
Address: P O BOX 884268 LOS ANGELES, CA 90088
Account No.:9022 | Date Filed: Jun 01, 2023
Scheduled: $11,996.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $11,403.96 | Pay Percent: 28.00
Note: +LATE

Claim No.:43----Lonell Samuel Harris----Class:Court Matrix
Address: 1709 Jessica Lane Roseville, CA 95747
Account No.: | Date Filed:
Scheduled: $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $0.00 | Pay Percent: 100.00
Note:

Claim No.:13----LVNV FUNDING LLC C/O RESURGENT CAPITAL SERVICES----Class:UNSECURED
Address: P O BOX 10587 GREENVILLE, SC 29603-0587
Account No.:9651 | Date Filed: May 25, 2023
Scheduled: $13,503.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $14,074.36 | Pay Percent: 28.00
Note: CITIBANK/COSTCO

Claim No.:35----LVNV FUNDING LLC C/O RESURGENT CAPITAL SERVICES----Class:UNSECURED
Address: P O BOX 10587 GREENVILLE, SC 29603-0587
Account No.:3320 | Date Filed: May 16, 2023
Scheduled: $1,538.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00
Filed: $1,618.28 | Pay Percent: 28.00
Note: SYNCHRONY/AMAZON

Claim No.:26----Mohela----Class:UNSECURED

Address: 633 Spirit Dr Chesterfield MO 63005-1243 , 63005-1243

| | | | |
|---|---|---|---|
| Account No.:0001 | | Date Filed: | |
| Scheduled: | $655.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | NO CLAIM FILED | Pay Percent: 28.00 | |
| | | Note: | |

Claim No.:27----MOHELA----Class:Court Matrix

Address: Attn Bankruptcy 633 Spirit Dr Chesterfield MO 63005-1243 , 63005-1243

| | | | |
|---|---|---|---|
| Account No.: | | Date Filed: | |
| Scheduled: | $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | $0.00 | Pay Percent: 100.00 | |
| | | Note: | |

Claim No.:28----NOBLE CREDIT UNION----Class:SECURED VEHICLE- PMSI

Address: P O BOX 8027 FRESNO, CA 93747

| | | | |
|---|---|---|---|
| Account No.:0143 | | Date Filed: Apr 19, 2023 | |
| Scheduled: | $48,146.59 | Monthly Pmt:$1,000.00 | Int. Rate: 5.00 |
| Filed: | $48,146.59 | Pay Percent: 100.00 | |
| | | Note: +2021 TOYOTA 4RUNNER | |

Claim No.:29----Noble Credit Union----Class:Court Matrix

Address: Attn Bankruptcy PO Box 8027 Fresno CA 93747-8027 , 93747-8027

| | | | |
|---|---|---|---|
| Account No.: | | Date Filed: | |
| Scheduled: | $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | $0.00 | Pay Percent: 100.00 | |
| | | Note: | |

Claim No.:31----Nordstrom Signature Visa----Class:Court Matrix

Address: Attn Bankruptcy PO Box 6555 Englewood CO 80155-6555 , 80155-6555

| | | | |
|---|---|---|---|
| Account No.: | | Date Filed: | |
| Scheduled: | $0.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | $0.00 | Pay Percent: 100.00 | |
| | | Note: | |

Claim No.:9----PORTFOLIO RECOVERY ASSOCIATES, LLC----Class:UNSECURED

Address: POB 12914 NORFOLK, VA 23541

| | | | |
|---|---|---|---|
| Account No.:6532 | | Date Filed: May 31, 2023 | |
| Scheduled: | $7,978.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | $8,195.80 | Pay Percent: 28.00 | |
| | | Note: +BARCLAYS BANK DELAWARE | |

Claim No.:49----PORTFOLIO RECOVERY ASSOCIATES, LLC----Class:UNSECURED

Address: POB 12914 NORFOLK, VA 23541

| | | | |
|---|---|---|---|
| Account No.:5720 | | Date Filed: May 31, 2023 | |
| Scheduled: | $11,264.00 | Monthly Pmt:$0.00 | Int. Rate: 0.00 |
| Filed: | $10,921.06 | Pay Percent: 28.00 | |
| | | Note: LENDINGCLUB | |

Claim No.:44----Scott M. Johnson----Class:Court Matrix
Address: 1430 Blue Oaks Boulevard, Suite 250 Roseville, CA 95747
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:32----Svo Portfolio Services Inc----Class:SECURED - TO BE SURRENDERED
Address: 9002 San Marco Ct Orlando FL 32819-8600 , 32819-8600
Account No.:1975 Date Filed:
Scheduled: $43,118.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 0.00
Note: TIMESHARE

Claim No.:33----Svo Portfolio Services Inc----Class:Court Matrix
Address: Attn Loan Servicing Administration 9002 San Marco Ct Orlando FL 32819-8600 , 32819-8600
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:34----Synchrony Bank Amazon----Class:Court Matrix
Address: Attn Bankruptcy PO Box 965060 Orlando FL 32896-5060 , 32896-5060
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:36----Synchrony Bank Care Credit----Class:Court Matrix
Address: Attn Bankruptcy Dept PO Box 965064 Orlando FL 32896-5064 , 32896-5064
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:38----Synchrony Paypal Credit----Class:Court Matrix
Address: Attn Bankruptcy PO Box 965060 Orlando FL 32896-5060 , 32896-5060
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:41----Target----Class:Court Matrix
Address: c o Financial Retail Srvs Mailstop BT PO Box 9475 Minneapolis MN 55440-9475 , 55440-9475
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note:

Claim No.:40----TD BANK USA N A C/O WEINSTEIN & RILEY PS----Class:UNSECURED
Address: P O BOX 3978 SEATTLE, WA 98124-3978
Account No.:5854 Date Filed: May 27, 2023
Scheduled: $7,744.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $7,949.00 Pay Percent: 28.00
Note:

Claim No.:42----Tesla----Class:SECURED - NOT PROVIDED FOR BY PLAN
Address: 45500 Fremont Blvd Fremont CA 94538 , 94538
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note: +TELSA 2021

Claim No.:50----Tesla----Class:SECURED - NOT PROVIDED FOR BY PLAN
Address: 45500 Fremont Blvd Fremont CA 94538 , 94538
Account No.: Date Filed:
Scheduled: $0.00 Monthly Pmt:$0.00 Int. Rate: 0.00
Filed: $0.00 Pay Percent: 100.00
Note: +LEASE 2021 TESLA. LEASE TERMI

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $ 53,466.02 | $ 15,872.58 | $ 147,331.62 |

DEBTOR'S ATTORNEY

GALE, ANGELO, JOHNSON & PATRICK, P.C.----Class:ATTORNEY FEE
Address: 1430 BLUE OAKS BLVD STE 250 ROSEVILLE, CA 95747
Amt per Plan: $3,500.00